LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtor/Defendant*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>STEVEN BRADLEY POLK,<br><br>      Debtor. | Case No.: 25-16650-nmc<br>Chapter 7 |
| RON FILICE; and RONNIE VEGAS INVESTMENTS, LLC, a Nevada limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>STEVEN BRADLEY POLK,<br><br>      Defendant. | Adv. No.: 26-01019-nmc<br><br>Hearing Date: April 23, 2026<br>Hearing Time: 9:30 a.m.<br><br>Scheduling Conference<br>Date: May 14, 2026<br>Time: 9:30 a.m. |

**NOTICE OF REMOTE HEARING RE: MOTION TO DISMISS COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6), FED. R. BANKR. P. 7012(b),
FED. R. CIV. P. 9(b), AND FED. R. BANKR. P. 7009**

NOTICE IS GIVEN that a *Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Bankr. P. 7012(b), Fed. R. Civ. P. 9(6), and Fed. R. Bankr. P. 7009* ("Motion") was filed on March 5, 2026, by Steven Bradley Polk ("Defendant"), which seeks an order dismissing the *Complaint* (the "Complaint") [AECF No. 1] filed by Ron Felice and Ronnie Vegas Investments, LLC in its entirety. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court at the address provided above; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtor's counsel.

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing will be held on **April 23, 2026**, at **9:30 a.m.** Parties are permitted to appear telephonically by dialing *(833) 435-1820, Meeting ID 161 166 2815, and entering Passcode 115788#.* If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calenders/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access code.

. . .

. . .

. . .

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjournment at the hearing.

Dated:  March 5, 2026.

By: /s/ Benjamin M. Chambliss, Esq.
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

*Attorneys for Debtor/Defendant*

**LARSON & ZIRZOW, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170   Fax: (702) 382-1169**

3