

_____

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 21, 2026

JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
MADELEINE COLES, ESQ.
Nevada Bar. No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email: joel.tasca@gtlaw.com
            madeleine.coles@gtlaw.com

EMILY D. NASIR, ESQ.(Admitted *Pro Hac Vice*)
Texas State Bar No. 24118477
**GREENBERG TRAURIG, LLP**
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Email: emily.nasir@gtlaw.com

*Counsel for Ronnie Vegas Investments, LLC and Ron Filice.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STEVEN BRADLEY POLK,<br><br>Debtor. | Case No. 25-16650-nmc<br>Chapter 7 |
| RON FILICE; and RONNIE VEGAS INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN BRADLEY POLK,<br><br>Defendant | Adv. Case. No.: 26-01019-nmc<br><br>**ORDER DENYING DEBTOR'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

ACTIVE 724204279v2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Before the Court is Debtor's Motion to Dismiss First Amended Complaint [ECF No. 25] ("Motion"), filed by and through Debtor's attorney of record, Benjamin M. Chambliss, Esq.  Having reviewed and considered the Motion, the Opposition to the Motion filed by Plaintiffs Ron Filice and Ronnie Vegas Investments, LLC, Debtor's Reply in Support of the Motion, and having considered the arguments at the time of hearing by Benjamin M. Chambliss, Esq. of the law firm Larson & Zirzow, LLC for Debtor and Emily D. Nasir, Esq. of the law firm Greenberg Traurig, LLP for Plaintiffs, and with such other appearances as reflected on the record, for the reasons stated on the record reflecting the Court's findings of fact and conclusions of law, which are incorporated herein by reference, and the Court finding good cause appearing:

**IT IS HEREBY ORDERED** that Debtor's Motion is DENIED.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By: */s/ Madeleine Coles*
　　GREENBERG TRAURIG, LLP
　　JOEL E. TASCA, ESQ.
　　Nevada Bar No. 14124
　　MADELEINE COLES, ESQ.
　　Nevada Bar. No. 16216
　　10845 Griffith Peak Drive, Suite 600
　　Las Vegas, Nevada 89135
　　Telephone: (702) 792-3773
　　Email:　　joel.tasca@gtlaw.com
　　　　　　madeleine.coles@gtlaw.com

-and-

　　EMILY D. NASIR, ESQ. (Admitted *Pro Hac Vice*)
　　Texas State Bar No. 24118477
　　1000 Louisiana Street, Suite 6700
　　Houston, Texas 77002
　　Telephone: (713) 374-3500
　　Email:　　emily.nasir@gtlaw.com

　　*Counsel for Plaintiffs Ronnie Vegas Investments, LLC and Ron Filice*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 724204279v2

## CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED: Benjamin M. Chambliss, Esq., *Counsel for Defendant*
    DISAPPROVED:
    FAILED TO RESPOND:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 724204279v2